■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYLE J. FISH, Appellant. (Appeal No. 2.) [876 NYS2d 917]—Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered July 11, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by vacating the sentence and as modified the judgment is affirmed, and the matter is remitted to Jefferson County Court for resentencing.

Same memorandum as in *People v Fish* (61 AD3d 1356 [2009]). Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELBY HOLCOMB, Appellant. (Appeal No. 1.) [876 NYS2d 917]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered August 22, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Holcomb* (61 AD3d 1356 [2009]). Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.